# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

STERLING T. FULLER,               :
                                  :
        Plaintiff,                :
                                  :
    v.                            :        CIVIL ACTION NO.
                                  :        2:12-CV-0206-RWS
TED PAXTON, in his Individual     :
and Official Capacity as Sheriff of :
Forsyth County and               :
MAJOR TOM WILSON                  :
in his Individual and Official    :
Capacity as Jail Commander of the :
Forsyth County Jail               :
                                  :
        Defendants.               :

## **ORDER**

This case is before the Court for consideration of the Report and

Recommendation [7] of Magistrate Judge J. Clay Fuller.  After reviewing the

Report and Recommendation, it is received with approval and adopted as the

Opinion and Order of this Court.  Accordingly, this action is hereby

**DISMISSED**, **WITHOUT PREJUDICE**, and Plaintiff's Motion for

Appointment of Counsel [3] is **DENIED AS MOOT**.  The Clerk shall close the

case.

**SO ORDERED**, this __31st__ day of October, 2012.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2